# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| MANCHESTER UNITED FOOTBALL CLUB LIMITED, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. |
| SELECT MANAGEMENT RESOURCES, LLC and RODERICK AYCOX. | ) ) ) ) | 1:19-cv-04256-WMR |
| Defendants. | ) ) | |

## NOTICE OF SETTLEMENT

COME NOW Defendants Roderick Aycox and Select Management Resources, LLC ("Defendants") and Plaintiff Manchester United Football Club Limited ("Plaintiff") and notify the Honorable William M. Ray II of the settlement of the above-styled case by and between Defendants and Plaintiff.

The Parties have executed a Forbearance and Contingent Settlement Agreement that will result in Plaintiff filing a dismissal without prejudice upon its confirmation of receipt of the first installment payment due under the agreement.

Defendants have initiated the payment process and provided a wire advice to Plaintiff reflecting initiation of the wire transfer for the required payment. Plaintiff awaits receipt of the wire.

1

The Parties intend this Notice of Settlement to allow the Court to administratively close this action with the ability to re-open it should issues arise with the settlement payment or stipulation of dismissal.

The Parties request the Court allow the parties one week, to and through December 13, 2019, to file a stipulation of dismissal. The requested time is necessary for Plaintiff to confirm receipt of the first installment payment and thereafter to file a Stipulation of Dismissal without Prejudice.

Submitted this 6th day of December 2019.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Scott Sherman*
Scott N. Sherman
Georgia Bar No. 642090
scott.sheman@nelsonmullins.com
Joshua R. Lewin
Georgia Bar No. 586453
josh.lewin@nelsonmullins.com

*Counsel for Defendants*
*Roderick Aycox and Select*
*Management Resources, LLC*

Nelson Mullins Riley & Scarborough LLP
201 17th Street, N.W., Suite 1700

**PARKER, HUDSON, RAINER& DOBBS LLP**

*/s/ William J. Holley, II*
William J. Holley, II
Georgia Bar No. 362310
Eric W. Anderson
Georgia Bar No. 016810
Justin P. Gunter
Georgia Bar No. 969468

*Counsel for Plaintiff Manchester*
*United Football Club Limited*

Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street NE Suite 3600
Atlanta, Georgia 30308 Tel: 404-523-5300

Atlanta, GA 30363
(404) 322-6000

Fax: 404-522-8409
wjh@phrd.com
ewa@phrd.com
jgunter@phrd.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 6th day of December 2019, I electronically filed the foregoing **Notice of Settlement** with the Clerk of Court using the CM/ECF system, which will send an electronic notice of this filing to all attorneys of record.

*/s/ Scott Sherman*
SCOTT N. SHERMAN
Georgia Bar No. 642090
scott.sheman@nelsonmullins.com
JOSHUA R. LEWIN
Georgia Bar No. 586453
josh.lewin@nelsonmullins.com
*Counsel for Defendants Roderick Aycox and Select Management Resources, LLC*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000